**Electronically Filed**
**Supreme Court**
**SCWC-15-0000038**
**15-AUG-2017**
**03:09 PM**

SCWC-15-0000038

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

───────────────────────────────────

JAKE SAN,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL S. YELLEN,
Petitioner/Defendant-Appellant.

───────────────────────────────────

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000038; CASE NO. 3RC 13-1-922)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on July 6, 2017, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 15, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

